**Order entered May 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00630-CV
No. 05-15-00631-CV
No. 05-15-00632-CV

**IN RE AARON MICHAEL REEVES, Relator**

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065573, No. 065574, No. 065572**

## ORDER
Before Justices Lang, Fillmore and Evans

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/      DOUGLAS S. LANG
         JUSTICE